1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   FAX: (408) 535-5081
6  Email: michael.t.pyle@usdoj.gov

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REQUEST FROM THE FIRST INSTANCE NATIONAL CIVIL COURT NO. 94 IN BUENOS AIRES, ARGENTINA FOR DOCUMENTS FROM APPLE INC.<br><br>Re Ana Carolina Hosne v. Starbucks Coffee Argentina, Ref No. 189-44-21-48 | MISC. NO.<br><br>**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

APPLICATION FOR ORDER PURSUANT
TO 28 U.S.C. § 1782

1  The United States of America petitions this Court for an order pursuant to 28 U.S.C. § 1782 and on its own inherent authority appointing Assistant United States Attorney Michael T. Pyle as Commissioner to collect evidence from a witness within the jurisdiction of this Court, and to take such other action as is required to execute the request made by the First Instance National Civil Court No. 94 in Buenos Aires, Argentina for documents from Apple Inc.  The United States of America petitions this Court to sign the accompanying proposed order.

Dated: October 18, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

By: /s/ *Michael T. Pyle*
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for United States of America